ARTHUR GAUS (CA SBN 289560)
JULIANNA BRAMWELL (CA SBN 339794)
**KAUFMAN DOLOWICH & VOLUCK, LLP**
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
E-mail: agaus@kdvlaw.com,  jbramwell@kdvlaw.com

BRANDON ALEXANDER KLINE
GENERAL COUNSEL OF CALSON MANAGEMENT
2020 Fifth Street
P.O. Box 4427
Davis, CA 95617
Telephone:  (530) 564-6454
Facsimile: (530) 231-0140
Email: generalcounsel@calsonmanagement.com

Attorneys for Plaintiff
CALSON MANAGEMENT, LLC

## UNITED STATES DISTRICT COURT

### EASTERN DISTICT OF CALIFORNIA

| | |
|---|---|
| CALSON MANAGEMENT, LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>CAPELLA SOLUTIONS, LLC, A TEXAS LIMITED LIABILITY COMPANY; AND RASHEED MOHAMMED KHAIR RABATA, AN INDIVIDUAL.<br><br>             Defendant. | Case No.:<br>**COMPLAINT FOR**:<br>**(1)  Breach of Contract**<br>**(2)  Unjust Enrichment**<br>**(3)  Tortious Interference with a Contract**<br>**(4)  §17200 Business and Professions**<br> <u>**JURY TRIAL DEMANDED**</u> |

CALSON MANAGEMENT, LLC, ("Calson Management," "Calson" or "Plaintiff"), as and for its Complaint against Capella Solutions LLC, and Rasheed Mohamed Khair Rabata, hereby alleges, upon personal knowledge as to itself and upon information and belief as to all other matters, as follows:

## NATURE OF THE CASE

1.    This case arises out of Defendant's unjustified and material breach of a contract entered into with Calson Management pursuant to which Capella Solution agreed to store and provide access to Calson Management's historical data in a platform hosted by Amazon Web Services ("AWS.")

2.    As set forth herein, at all relevant times, Calson Management duly performed its obligations under the parties' Contract.

3.    Defendant, however, materially breached the parties' Contract by refusing Calson Management access to its proprietary information stored on the platform.

4.    More specifically, on July 21, 2022, Defendant improperly locked Calson Management out of its database without notice, depriving the company of proprietary marketing leads, as well as its historical performance data which Defendant knew Plaintiff relied upon to establish creditworthiness and maintain investor support.

5.    Defendant's refusal to perform under the contract evidences Defendant's unequivocal and unambiguous intent not to perform its obligations under the Contract, thereby constituting a material breach of the Contract.

6.    As a direct and proximate result of Defendant's conduct, Calson Management has suffered, and continues to suffer, significant financial and reputational harm of approximately $9,800 per day in revenue loss.

7.    Accordingly, for these reasons as further set forth herein, Defendant is liable to Calson Management for breach of contract, unjust enrichment, tortious interference of a contract, and violations of Business and Professions Code § 17200.

COMPLAINT

**PARTIES**

8.      Calson Management relies upon accurate data to maintain confidence in its ability to develop and operate senior living facilities across California, including investor-financed projects in Campbell, Santa Rosa, and San Jose; Calson also owns the information stored in its AWS End User account pertaining to the following locations: (1) The Lodge at Glen Cove (Vallejo, CA), (2) Cornerstone Assisted Living (Vacaville, CA), (3) Rockville Terrace (Fairfield, CA), (4) Vaca Valley Living (Vacaville, CA), (5) The Palms at San Lauren (Bakersfield, CA), (6) Silver Oaks (Menlo Park, CA), (7) Crescent Oaks (Sunnyvale, CA).

9.      Calson Management is a limited liability company, currently organized and existing under the laws of the State of California, with its principal offices located at 4950 Allison Parkway, Suite A, Vacaville, California 95688.

10.      Capella Solutions LLC is a software company that can be used to store and organize a company's information. It is a limited liability company, currently organized and existing under the laws of Texas, with its principal offices located at 801 Town and Country Boulevard #323, Houston, Texas, 77024.

11.      Rasheed Mohammed Khair Rabata is an individual and the founder of Capella Solution, LLC. He is a resident of the state of Texas.

**JURISDICTION AND VENUE**

12.      This Court has original jurisdiction over this matter pursuant to 28 U.S. Code § 1332.  Calson Management is a resident of California, Rasheed Rabata is a resident of Texas and Capella Solution is a resident of Texas, and the amount in controversy is in excess of $75,000.

13.      Jurisdiction and venue are proper in this Court because a substantial part of the events or omissions giving rise to the claim occurred in the Eastern District of California.

**FACTS COMMON TO ALL CAUSES OF ACTION**

A.      **Defendant's Breach of the Contract**

14.      On January 29, 2021, Calson Management and Capella Solutions, LLC entered into the Contract when Calson Management wrote a check for twenty-two thousand, two hundred thirty-four dollars ($22,234.50) that was "payable to" and "endorsed by" Capella Solutions, LLC in

- 2 -

exchange for Capella Solution's promise to store and manage Calson Management's data. [Declaration of Vicki Lee Nash ISO TRO Application ¶ 4.] The Contract had an effective date of January 29, 2021 and would last through July 31, 2022 ("the Term.")

15.    Calson immediately recognized that Capella Solutions product did not function as advertised. [Attachment 1.] In response to Calson's early reported issues, Rasheed Rabata, founder of Capella Solutions, assured Calson Management on February 1, 2021, that its software was actively being worked on, and they would provide specifications needed by Calson Management's systemwide operation soon. [*Id.*] In fact, Rabata promised it would be equivalent in functionality to Calson Management's previous CRM software, Salesforce, Inc., the cloud-based CRM software company headquartered in San Francisco, California. [*Id.*]

16.    Capella Solutions knew or should have known that the data entrusted to it by Calson was central to Calson's business operations. Reyes made it clear to Rabata that he, "need[s] 100% of all (sic.) the reports that [he has] on salesforce in Ignite," and it is "mission critical" in his decision to switch services. [Attachment 2.]

17.    On May 5, 2021, Catherine Villarreal, director residential development at the Lodge at Glen Cove, operated by Calson Management, and regional administrator of Calson Management received a letter from investor representative Fred Sears, the Blue Mountain Enterprises senior vice president of finance due to significant errors in the Capella Solution CRM data from the Lodge at Glen Cove. [Attachment 3.] The information was forwarded to Jason Reyes, owner of Calson Management who expressed his frustration to Rabata that he is paying full price for an "underdeveloped" product and, in effect, "help[ing] you develop and work out the big fixes in the product." [*Id.*] Rabata assured Reyes that he would fix the issues. [*Id.*]

18.    Between August 2021 and April 2022, there were continuous performance issues with the program resulting in significant project delays and data inaccuracies. Defendant conceded Capella's product went down for indeterminable periods of time. [Attachment 4.]. Also, Defendant's product routinely produced inaccurate rent numbers, prolonged unresolved functionality problems, inaccurate deposit numbers, etc. [Declaration of Jason Reyes, ISO TRO Application ¶5 (a-c)-8.] At each juncture Rabata would solve the present problem, but another inoperable, seemingly unrelated,

technical failure would soon materialize. For example, just one day after the site went down on April 25, 2022, Calson Management discovered their data was incorrect in all spreadsheets. [Attachment 5.]

19.     Due to the community it serves, Calson Management relies on the data it uses to be completely accurate and up to date. [Declaration of Jason Reyes, ISO TRO Application ¶ 6.] Without complete and accurate data, Calson Management cannot function or serve its community.

20.     On December 3, 2021 Reyes indicated to Rabata that he was going to discontinue services with Rabata unless "concerns about the issues we're having and with the renewal coming up." [Attachment 4.] Defendant assured Plaintiff that the issues would be resolved, but he continued to ignore many of Calson Managements concerns. [*Id.*]

21.     As a result of Defendant's inability to perform properly, Calson Management had to mitigate its damages and create a solution at its own cost, including having staff input data by hand when the "move-outs" were incorrect for all seven (7) of Calson Management's properties. [Attachment 5.]

22.     On April 28, 2022 Calson Management received a $22,234.50 annual renewal invoice due on May 28, 2022. [Attachment 6.]

23.     On April 28, 2022 Calson Management informed Defendant, "We need the functions we discussed working properly along with all data before we pay this." [*Id.*] Rabata assured Reyes that it would be done. [*Id.*]

24.     On May 2, 2022 Reyes emailed Rabata to say that Capella Solution had two (2) weeks to resolve its issues or they would be definitively switching servers. [*Id.*]

25.     On July 21, 2022 Calson Management received another invoice for $22,234.50 annual fees. [Attachment 7.]

26.     On July 21, 2022 Reyes and Rabata communicated via text message regarding Calson Management's decision to move CRM programs. [Declaration of Jason Reyes ISO TRO Application, p. 4, ¶ 11.]

27.     Rabata told Reyes that Calson Management had to complete the migration by July 31, 2022. [*Id.*] When Reyes asked for a ninety (90) day extension, Rabata responded that Capella

COMPLAINT

Solution was terminating the services effective immediately, which was a wrongful termination of the Contract. [*Id.*]

28.    As a result, Calson Management is presently unable to access any of its propriety information that Capella stores with Amazon Web Services.

29.    Rabata has since refused to either export Calson's data or grant Calson access to its own data until there was a full and upfront payment for the *entire 2022 billing year*. [Declaration of Jason Reyes ISO TRO Application p. 5, ¶ 12.]

30.    Rabata's demand for a full year payment in exchange for access to its own data amounts to a hostage situation in which Calson cannot access critical data unless it pays a ransom to a third-party vendor with whom it wishes to cancel services permanently.

31.    Rabata's unilateral decision to suspend Calson's access to its own proprietary information without recourse is a continuing harm for Calson. To date, Rabata has not released Calson's data, resulting in average daily business losses in excess of $9,000.00. Furthermore, Calson Management faces incalculable damage to its productivity as its investors reasonably still expect the information to be produced.

32.    Calson Management does not have any record of a service agreement with Capella Solution in its custody and control. [Declaration of Vicki Lee Nash ISO TRO Application, p .2 ¶ 5.]

33.    Calson Management accounting has no record of a demand for payment within its custody and control. [*Id.*] Capella Solution failed to provide Calson Management with any notice of pending termination due to unpaid invoices.

34.    Calson Management attempted to reach a pre-litigation resolution of Defendant's breach of contract, but it became apparent that Defendant had no intention of honoring its obligations for the remaining duration of the Contract.

35.    Accordingly, by reason of the foregoing, Calson Management has suffered financial and reputational damage as a result of Defendant's breach of contract.

COMPLAINT

### **AS AND FOR A FIRST CAUSE OF ACTION**
### **(Breach of Contract as against all defendants)**

36.     Plaintiff repeats and realleges each and every allegation in the foregoing paragraphs as though fully set forth herein.

37.     Calson Management duly entered into a valid and binding Contract with Capella Solution wherein Calson Management was obliged to pay Capella Solution twenty-two thousand, two hundred thirty-four dollars ($22,234.50) annually in exchange for use of their software system from January 29, 2021 through July 31, 2022 (i.e. the Term).

38.     At all times, Calson Management duly performed its obligations under the parties' agreement, including providing payment for the relevant term.

39.     Under the service agreement, Capella Solution was obliged to store and manage Calson Management's information on a cloud service provided by Amazon.com.

40.     Defendant materially breached the Contract by improperly terminating the Contract prior to the end of the Term by denying Plaintiff access to its own proprietary information prior to the Contract termination date.

41.     To this end, Defendant has unambiguously confirmed through its conduct and correspondence that it has no intention of performing its obligations under the remaining Term of the Contract.

42.     As a direct and proximate result of Defendant's breach of contract, Calson Management has been denied access to its proprietary marketing leads, resulting in $9,800 per day in lost revenue.

43.     In addition to the sums outstanding, Defendant shall owe Calson Management the reasonable attorneys' fees incurred in connection with collection, including the fees incurred in this action.

### **AS AND FOR A SECOND CAUSE OF ACTION**
### **(Unjust Enrichment - In the Alternative as against all defendants)**

44.     Calson Management repeats and realleges each and every allegation in the foregoing paragraphs as though fully set forth herein.

COMPLAINT

45.     Based on the facts described herein, Defendant has become unjustly enriched at Plaintiff's expense.

46.     Specifically, Defendant accepted Plaintiff's payment for the full term of services, but Plaintiff failed to provide services for the duration of the period.

47.     It would be against equity and good conscience to permit Defendant to retain the benefit that it realized at Plaintiffs' expense.

48.     Accordingly, Defendant has been unjustly enriched at Plaintiff's expense in an amount to be determined at trial, but in no event less than $84,000 which represents the contract amount, plus staff time spent to correct the errors caused by Capella Solution's software, multiplied across each facility, plus the cost to return to Salesforce for CRM services.

### AS AND FOR A THIRD CAUSE OF ACTION

### (Tortious Interference with a Contract as against Rabata)

49.     Calson Management repeats and realleges each and every allegation in the foregoing paragraphs as though fully set forth herein.

50.     Calson Management duly entered into a valid and binding Contract with Capella Solution wherein Calson Management was obliged to pay Capella Solution twenty-two thousand, two hundred thirty-four dollars ($22,234.50) in exchange for use of their software system beginning on January 29, 2021 through July 31, 2022 (i.e. the Term).

51.     Rabata knew of the contract between the parties.

52.     Rabata's conduct, including but not limited to failing to correct or update the software in the manner promised and his ultimate termination of Calson Management's access to proprietary information without notice made performance under the contract difficult.

53.     Rabata intended to disrupt the performance of the contract by refusing to fix the software as promised and terminating Calson Management's access to its proprietary information.

54.      As a direct and proximate result of Rabata's interference, Calson Management has been denied access to its proprietary marketing leads, resulting in $9,800 per day in lost revenue.

COMPLAINT

## AS AND FOR A FOURTH CAUSE OF ACTION

### (Business and Professions Code § 17200 claim as against Capella Solutions)

55.     Calson Management repeats and realleges each and every allegation in the foregoing paragraphs as though fully set forth herein.

56.     At all relevant times of this action, Business and Professions Code § 17200 was in effect and applicable to Plaintiff.

57.     Under Business and Professions Code § 17200 businesses are prohibited from engaging in unfair competition, meaning any unlawful, unfair, or fraudulent business acts or practices and unfair, deceptive, untrue, or misleading advertising including acts prohibited by Business and Professions Code § 17500.

58.     Defendant Capella Solutions LLC is a business.

59.     Since at least January 2021, Defendant has violated Business and Professions Code § 17200, *et seq*. by deceiving Plaintiff regarding the quality of the product and the functions that would be available in use, by prematurely breaching contract, denying Plaintiff access to its own proprietary information, and unjustly enriching itself.

60.     These acts are unlawful predicate acts that were the proximate cause of injury in fact, loss of money, and loss of property to Plaintiff.

61.     Plaintiff is thus entitled to incurred damages as alleged.

62.     Upon prevailing, Plaintiff further seeks attorneys' fees and costs against Defendants as was necessitated by Defendants' unlawful conduct.

63.     Upon prevailing, Plaintiff seeks punitive damages under California Civil Code § 3294 which provides that in actions besides breach of contract, where there is clear and convincing evidence of oppression, fraud or malice, "the plaintiff, in addition to the actual damages, may recover damages for the sake of example and by the way of punishing the defendant."

## PRAYER FOR RELIEF

WHEREFORE, CALSON MANAGEMENT, LLC prays for judgment and the following specific relief against Defendants. as follows:

COMPLAINT

1.    For compensatory damages, including, but not limited to, all sums due and owing under the parties' Contract, with legal interest, according to the proof as allowed by law;

2.    For pre-judgment interest and post-judgment interest as allowed by law;

3.    Declaratory judgment pursuant to California Code of Civil Procedure § 1060;

4.    For punitive or exemplary damages in an amount to punish Defendants and deter them and others from engaging in such unlawful conduct again;

5.    For costs of suit incurred herein and reasonable attorneys' fees; and

6.    For an award of such other and further relief as the Court deems just and proper.

Dated: July 28, 2022                KAUFMAN, DOLOWICH & VOLUCK, LLP

By: _____
                    Arthur Gaus

Attorney for Plaintiff

- 9 -

COMPLAINT

# ATTACHMENT 1

**Julianna Bramwell**

| | |
|---|---|
| **From:** | jason calsonmanagement.com <jason@calsonmanagement.com> |
| **Sent:** | Thursday, July 21, 2022 3:20 PM |
| **To:** | Brandon Kline |
| **Subject:** | FW: Salesforce vs Ignite |
| **Importance:** | High |

**From:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>
**Sent:** Monday, February 1, 2021 10:37 AM
**To:** jason calsonmanagement.com <jason@calsonmanagement.com>
**Subject:** Re: Salesforce vs Ignite
**Importance:** High

The system works Jason, and Cathy has been using it. Yes there are a few items that are enhancement and bug fixes but the plan is an ongoing enhancements and fixes to make this exceed in functionality what you have in Salesforce. None of that has been a real blocker to people using the new application.

There is reluctance to switch over yes, similar to the reluctance the organization was having to move from the classic salesforce to new look salesforce. Nobody wants change. But change is sometimes for the better, there is a little uphill to get over first.

We have been focused on Cathy's changes and we left out the Dashboard. It will be ready tomorrow in the staging environment for you to look at.

**From:** Jason Reyes <jason@calsonmanagement.com>
**Date:** Monday, February 1, 2021 at 10:36 AM
**To:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>
**Subject:** FW: Salesforce vs Ignite

This is why I didn't want to switch over, we are incredibly lucky that salesforce hasn't shut off my other users but if they do, you can bet that I'll be 10x more upset.

**From:** cathy@glencoveseniorliving.com <cathy@glencoveseniorliving.com>
**Sent:** Monday, February 1, 2021 8:35 AM
**To:** 'Jason Reyes' <jason@calsonmanagement.com>
**Subject:** RE: Salesforce vs Ignite

Everyone is still using Salesforce.  I haven't given the green light due to the fixes.

Thank you

**Cathy Villarreal**
Director of Resident Development

**T** (707)653-4728 Office * **C** (707)287-2615

1

**E** cathy@glencoveseniorliving.com
**A** 140 Glen Cove Marina Rd. – Vallejo, CA.  94591
Independent Living, Assisted Living and Memory Care
License # 486803921

Follow us on Social Media 

To sign up for our blogs
https://calsonmanagement.com/blog

---

**From:** Jason Reyes <jason@calsonmanagement.com>
**Sent:** Monday, February 01, 2021 8:12 AM
**To:** cathy@glencoveseniorliving.com
**Subject:** Salesforce vs Ignite

Is everyone still on salesforce or has anyone besides you switched over to ignite?

-Jason

# ATTACHMENT 2

**Julianna Bramwell**

| | |
|---|---|
| **From:** | jason calsonmanagement.com <jason@calsonmanagement.com> |
| **Sent:** | Thursday, July 21, 2022 3:21 PM |
| **To:** | Brandon Kline |
| **Subject:** | FW: Ignite - The Lodge at Glen Cove |

**From:** jason calsonmanagement.com <jason@calsonmanagement.com>
**Sent:** Monday, February 1, 2021 8:22 AM
**To:** 'Rasheed Rabata' <rasheed.rabata@capellasolutions.com>; 'Cathy Villareal' <cathy@glencoveseniorliving.com>
**Cc:** 'Noor Mohammad' <noor@capella.io>; 'Hana Abdullah' <hana@capella.io>
**Subject:** RE: Ignite - The Lodge at Glen Cove

Rasheed,

Just logged in, I see the resemblance of some reporting but no where near the same amount of reporting that I'm currently getting on Salesforce.   I need 100% all of the reports that I have on salesforce in Ignite, this is mission critical in switching over our service.

When is a date that you can deliver the same reports into my login?  I need to be able to login and go to the dashboard tab and see all the same reports as I do here:



**From:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>
**Sent:** Sunday, January 31, 2021 9:13 PM
**To:** Jason Reyes <jason@calsonmanagement.com>; Cathy Villareal <cathy@glencoveseniorliving.com>
**Cc:** Noor Mohammad <noor@capella.io>; Hana Abdullah <hana@capella.io>
**Subject:** Re: Ignite - The Lodge at Glen Cove

Sorry Jason, it's https://auth.prod.capella.io. Click on Forgot password if you want to reset the password. I can also setup the urls to be under Calson management  domain if you want in the future.

---

**From:** Jason Reyes <jason@calsonmanagement.com>
**Sent:** Sunday, January 31, 2021 10:23 PM
**To:** Rasheed Rabata; Cathy Villareal
**Cc:** Noor Mohammad; Hana Abdullah
**Subject:** Re: Ignite - The Lodge at Glen Cove

It's been more than a few days.  How come no one has sent me the production link?

-Jason

> On Jan 28, 2021, at 12:58 PM, Jason Reyes <jason@calsonmanagement.com> wrote:
>
> I'm having troubles logging in, I'm assuming it's because I'm trying to log into the dev environment.  Can someone send me the link to the production site?
>
> -Jason
>
> **From:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>
> **Sent:** Thursday, December 17, 2020 10:51 PM
> **To:** Cathy Villareal <cathy@glencoveseniorliving.com>
> **Cc:** Jason Reyes <jason@calsonmanagement.com>; Noor Mohammad <noor@capella.io>; Hana Abdullah <hana@capella.io>
> **Subject:** Re: Ignite - The Lodge at Glen Cove
>
> I see what happened. The move in date on that record was Dec 2021 and there was a filter on the Lead view that prevented that from showing up and caused that blank screen I believe. Will investigate some more. Can we do some of this together tomorrow please?
>
> <image002.png>
>
> **From:** Cathy Villareal <cathy@glencoveseniorliving.com>
> **Date:** Thursday, December 17, 2020 at 10:54 PM
> **To:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>
> **Cc:** Jason Reyes <jason@calsonmanagement.com>, Noor Mohammad <noor@capella.io>, Hana Abdullah <hana@capella.io>
> **Subject:** Re: Ignite - The Lodge at Glen Cove

John Zorich

Sent from my iPhone

On Dec 17, 2020, at 8:32 PM, Rasheed Rabata <rasheed.rabata@capellasolutions.com> wrote:

Cathy, what is the lead name?

Get Outlook for iOS

**From:** cathy@glencoveseniorliving.com <cathy@glencoveseniorliving.com>
**Sent:** Thursday, December 17, 2020 4:55:23 PM
**To:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>; 'Jason Reyes' <jason@calsonmanagement.com>
**Subject:** Ignite - The Lodge at Glen Cove

Hi there

So I went to "convert" a resident in Ignite for The Lodge at Glen Cove

This is the screen I get after I hit 'Convert' (see below).  I go to Residents…He isn't in there.  When I go back to "Tasks" Tab, I see task but when I click on his name, I get the gray screen again.  I cant see any of the information.  I go to Leads and it is gone.

<image007.jpg>

## Cathy Villarreal
Director of Resident Development

<image008.png>   **M** (707)287-2615
**E** cathy@glencoveseniorliving.com
**A** 140 Glen Cove Marina Rd. – Vallejo, CA.  94591
Independent Living, Assisted Living and Memory Care
License # 486803921
Follow us on Social Media
<image009.jpg>


To sign up for our blogs
https://calsonmanagement.com/blog

# ATTACHMENT 3

**Julianna Bramwell**

---

| | |
|---|---|
| **From:** | jason calsonmanagement.com <jason@calsonmanagement.com> |
| **Sent:** | Thursday, July 21, 2022 3:16 PM |
| **To:** | Brandon Kline |
| **Subject:** | FW: Ignite |
| | |
| **Importance:** | High |

---

**From:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>
**Sent:** Wednesday, May 5, 2021 9:10 AM
**To:** jason calsonmanagement.com <jason@calsonmanagement.com>
**Subject:** Re: Ignite
**Importance:** High

I understand the frustration but things will get better once we migrate.

The development costs are actually 4x what you are paying for the entire year. I'm not getting rich off of this but I sure hope I will do your business a favor at the end of all of this – as long as we don't choke it to death. We should be progressively adding several features that you didn't have (once the communities are migrated).

We have been addressing any kinks and the app is working been in use by one facility for months. The rest of the facilities need to be on the platform for us to focus on what is next.

I appreciate your business and you working with us on this.

---

**From:** Jason Reyes <jason@calsonmanagement.com>
**Date:** Wednesday, May 5, 2021 at 10:54 AM
**To:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>
**Subject:** FW: Ignite

Rasheed,

See below... How are we supposed to switch over every marketing director this month when the communities aren't live on Ignite?   These are the things that frustrate me about paying full price for the service when it's still clearly under development.   I should be on a big discount, I'm essentially paying full price to help you develop and work out all the bug fixes in the product.

-Jason

---

**From:** Cathy Villarreal <cathy@glencoveseniorliving.com>
**Sent:** Wednesday, May 5, 2021 8:32 AM
**To:** 'Jason Reyes' <jason@calsonmanagement.com>
**Subject:** RE: Ignite

Hey there

1

I was just responding to Fred

The other communities (RVT, The Palms, and Cornerstone) will be live June 1.  Currently working out a few more kinks with Rasheed (we have another call this Friday).  The other Communities are still live in SF.

I also have in my draft email to respond to the 192 because this isn't anything that I entered.

I will report back and you are cc'd on my email to Fred

Thanks

## Cathy Villarreal
Director of Resident Development



**T** (707)653-4728 Office * **F** (707)561-0927
**E** cathy@glencoveseniorliving.com
**A** 140 Glen Cove Marina Rd. – Vallejo, CA.  94591
Independent Living, Assisted Living and Memory Care
License # 486803921

Follow us on Social Media
To share a testimonial, please visit us at https://glencoveseniorliving.com/testimonials/

To sign up for our blogs
https://calsonmanagement.com/blog

---

**From:** Jason Reyes <jason@calsonmanagement.com>
**Sent:** Wednesday, May 05, 2021 8:30 AM
**To:** 'Fred Sears' <fsears@bluemountaininc.net>; 'Cathy Villareal' <cathy@glencoveseniorliving.com>
**Subject:** RE: Ignite

Hi Fred,

See below in Red.

-Jason

---

**From:** Fred Sears
**Sent:** Wednesday, May 5, 2021 8:26 AM
**To:** 'Cathy Villareal' <cathy@glencoveseniorliving.com>
**Subject:** Ignite

Hi Cathy,
I do have a few questions regarding Ignite, now that I am in it-

How do I access the other communities?  Cathy, Fred should have access to all BME communities, can you verify if that's the case?
I thought Glen Cove had 141 rooms; the resident count dashboard seem to indicate 192?  Cathy?

It appears as real time; can we ask for status as of a date?  The month end stats are helpful.  Not yet, it's coming but historical data VIA a CRM is not as easy as you would think. We have the data stored and the goal is to be able to display that in the next few months.

Where are the dashboards with several months data for  Leads, Tours, Deposits, Move-in, Move-out, Occupancy?   See historical comment above.   The dashboards are only good for Current data right now.

I am copying Jason, as he may need to provide me access to the other communities?

Thank you Cathy,


**Fred Sears**
SVP Finance
O. 707.451.8111    D. 707.471.7915
M. 707.337.1815
fsears@bluemountaininc.net
www.bluemountainenterprise.com



707 ALDRIDGE ROAD | VACAVILLE, CA 95688

# ATTACHMENT 4

**Julianna Bramwell**

| | |
|---|---|
| **From:** | jason calsonmanagement.com <jason@calsonmanagement.com> |
| **Sent:** | Thursday, July 21, 2022 3:12 PM |
| **To:** | Brandon Kline |
| **Subject:** | FW: Ignite |

**From:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>
**Sent:** Saturday, December 4, 2021 9:20 AM
**To:** jason calsonmanagement.com <jason@calsonmanagement.com>; cathy@glencoveseniorliving.com
**Subject:** Re: Ignite

Jason,

I actually have 4 people on this project and we are working with full force to get everything as stable as possible.

Currently I believe there are two annoying issues and then a few other smaller items:

- The unit booking functionality, move-outs or change of units is recording the unit as occupied when it isn't.
    - This is corrected by changing the way users record moveouts.
- The site goes down every two weeks or so unexpectedly for 5 mins to an hour.

We will address these two issues. We also have the migration scripts and mechanism that was there before. I believe we will be able to convert the other facilities.

My calendly is here https://calendly.com/rasheed-rabata/30min, please book a time that works for you.


Regards,

Rasheed Rabata


**Rasheed Rabata**
**CEO, Capella Solutions**
Schedule a call  https://calendly.com/rasheed-rabata

801 Town And Country Blvd #323, Houston, TX
**M:** + 1(281)787-3777  **W:** www.capellasolutions.com


**From:** "jason calsonmanagement.com" <jason@calsonmanagement.com>
**Date:** Friday, December 3, 2021 at 4:39 PM
**To:** "cathy@glencoveseniorliving.com" <cathy@glencoveseniorliving.com>, Rasheed Rabata <rasheed.rabata@capellasolutions.com>
**Subject:** RE: Ignite

Rasheed, we need to schedule a time to talk on Monday, I think we missed our last appointment.  I'm getting concerned about the issues we're having and with the renewal coming up, I need to determine if this is going to be worth going through another year.

What time on Monday works for you?

-Jason

---

**From:** cathy@glencoveseniorliving.com <cathy@glencoveseniorliving.com>
**Sent:** Friday, December 3, 2021 1:04 PM
**To:** 'Rasheed Rabata' <rasheed.rabata@capellasolutions.com>
**Cc:** jason calsonmanagement.com <jason@calsonmanagement.com>
**Subject:** FW: Ignite

HI Rasheed

Please advise

## Cathy Villarreal
Director of Resident Development



**T** (707)653-4728 Office * **F** (707)561-0927
**E** cathy@glencoveseniorliving.com
**A** 140 Glen Cove Marina Rd. – Vallejo, CA.  94591
Independent Living, Assisted Living and Memory Care
License # 486803921

Follow us on Social Media
To share a testimonial, please visit us at https://glencoveseniorliving.com/testimonials/

To sign up for our blogs
https://calsonmanagement.com/blog

---

**From:** Mike Duran <mike@thepalmsatsanlauren.com>
**Sent:** Friday, December 03, 2021 12:43 PM
**To:** jason calsonmanagement.com <jason@calsonmanagement.com>; Cathy Villareal <cathy@glencoveseniorliving.com>
**Subject:** Re: Ignite

is it... Still cant add MC307???



RESIDENTS
## Rent Roll ▾



## Mike Duran

Director of Resident Development

---

**Main** (661) 218-8330

Mobile (661) 618-0213

Fax (661) 218-9075

Mike@thepalmsatsanlauren.com

5300 Hageman Road, Bakersfield, CA

Assisted Living and Memory Care

License #157208915

On Fri, Dec 3, 2021 at 11:23 AM jason calsonmanagement.com <jason@calsonmanagement.com> wrote:

Hey is your ignite completely updated?  If not, can you please do so and let me know when it's done.

# ATTACHMENT 5

**Julianna Bramwell**

| | |
|---|---|
| **From:** | jason calsonmanagement.com <jason@calsonmanagement.com> |
| **Sent:** | Thursday, July 21, 2022 3:10 PM |
| **To:** | Brandon Kline |
| **Subject:** | FW: Ignite |
| **Attachments:** | Weekly Graph as of 04.19.2022.xlsx |

---

**From:** jason calsonmanagement.com
**Sent:** Tuesday, April 26, 2022 6:43 PM
**To:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>; Ibraheem Shoukair <shoukair@capella.io>; cathy@glencoveseniorliving.com; Ameed Al Kildani <ameed@capella.io>
**Cc:** Osama Momani <momani@capella.io>; Hana Abdullah <hana@capella.io>
**Subject:** RE: Ignite

See attached graphs, the graphs are done by hand because we haven't been able to rely on ignite's accuracy.

The "move-outs" are wrong for every community... on Glen Cove through ignite, it shows only 3 move-outs from Jan-April... In reality it's been 9.   See attached and please find out why you're understating the move-outs.

-Jason

---

**From:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>
**Sent:** Tuesday, April 26, 2022 4:47 PM
**To:** jason calsonmanagement.com <jason@calsonmanagement.com>; Ibraheem Shoukair <shoukair@capella.io>; cathy@glencoveseniorliving.com; Ameed Al Kildani <ameed@capella.io>
**Cc:** Osama Momani <momani@capella.io>; Hana Abdullah <hana@capella.io>
**Subject:** Re: Ignite

- When Room is vacant we need to list the sub units room. Ibraheem is going to target this next for release on  Sunday. This should fix Silver Oaks/Crescent Oaks

Whats up with GC Can you send over the spreadsheet you have please?

---

**From:** "jason calsonmanagement.com" <jason@calsonmanagement.com>
**Date:** Tuesday, April 26, 2022 at 6:40 PM
**To:** Ibraheem Shoukair <shoukair@capella.io>, Rasheed Rabata <rasheed.rabata@capellasolutions.com>, "cathy@glencoveseniorliving.com" <cathy@glencoveseniorliving.com>, Ameed Al Kildani <ameed@capella.io>
**Cc:** Osama Momani <momani@capella.io>, Hana Abdullah <hana@capella.io>
**Subject:** RE: Ignite

Data for GC doesn't look right compared to my spreadsheets FYI.

---

**From:** Ibraheem Shoukair <shoukair@capella.io>
**Sent:** Tuesday, April 26, 2022 4:16 PM
**To:** jason calsonmanagement.com <jason@calsonmanagement.com>; Rasheed Rabata

<rasheed.rabata@capellasolutions.com>; cathy@glencoveseniorliving.com; Ameed Al Kildani <ameed@capella.io>
**Cc:** Osama Momani <momani@capella.io>; Hana Abdullah <hana@capella.io>
**Subject:** Re: Ignite

Good day Jason,

yes it is live now.


Regards.

Ibraheem Shoukair

Lead Software Engineer



---

**From:** jason calsonmanagement.com <jason@calsonmanagement.com>
**Sent:** 27 April 2022 12:52 AM
**To:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>; cathy@glencoveseniorliving.com <cathy@glencoveseniorliving.com>; Ameed Al Kildani <ameed@capella.io>
**Cc:** Osama Momani <momani@capella.io>; Ibraheem Shoukair <shoukair@capella.io>; Hana Abdullah <hana@capella.io>
**Subject:** RE: Ignite

Can someone please confirm the below is live?

<mark>By Tuesday morning.</mark>
- <mark>Resident details should show the current apartment, base rent, level of care cost, etc. based on what was set for the resident. Reports reflecting that data should be fixed.</mark>

---

**From:** jason calsonmanagement.com
**Sent:** Monday, April 25, 2022 3:41 PM
**To:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>; cathy@glencoveseniorliving.com; Ameed Al Kildani <ameed@capella.io>
**Cc:** Osama Momani <momani@capella.io>; Ibraheem Shoukair <shoukair@capella.io>; Hana Abdullah <hana@capella.io>
**Subject:** RE: Ignite

We are a bit behind schedule with what I promised my board.  I really need to make sure we hit these next targets to avoid further reliance issues.

The release for 2-weeks from now can you move that up to next week and the one for next week in 2 weeks?

Cathy, let's work together this week on what we want the marketing directors to provide in their weekly reports. Please email me your list of what you think should be there and I'll modify.

-Jason

---

**From:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>
**Sent:** Monday, April 25, 2022 3:26 PM
**To:** jason calsonmanagement.com <jason@calsonmanagement.com>; cathy@glencoveseniorliving.com; Ameed Al Kildani <ameed@capella.io>
**Cc:** Osama Momani <momani@capella.io>; Ibraheem Shoukair <shoukair@capella.io>; Hana Abdullah <hana@capella.io>
**Subject:** Re: Ignite

Apologies Jason. We are working hard on getting you a solid working product even though we don't have much to show for currently.

By Tuesday morning.
- Resident details should show the current apartment, base rent, level of care cost, etc. based on what was set for the resident. Reports reflecting that data should be fixed.

Next release (1 week from now)
- Show the summation value in the bar chart (Total Revenue Bar Chart for example) at the top
- The ability to click on charts to see the details of the segment

2 weeks from now
- Charts which you can view historically (displayed as of date)
- The ability to re-arrange charts.

Items that need more detail so we can schedule them in
- Weekly Reports instead of Daily Reports
- Recording of Tours and status of tours

---

**From:** "jason calsonmanagement.com" <jason@calsonmanagement.com>
**Date:** Monday, April 25, 2022 at 12:25 PM
**To:** "cathy@glencoveseniorliving.com" <cathy@glencoveseniorliving.com>, Rasheed Rabata <rasheed.rabata@capellasolutions.com>, Ameed Al Kildani <ameed@capella.io>
**Cc:** Osama Momani <momani@capella.io>, Ibraheem Shoukair <shoukair@capella.io>, Hana Abdullah <hana@capella.io>
**Subject:** RE: Ignite

Rasheed, you also never got back to me last week from my email.   Not acceptable!

---

**From:** cathy@glencoveseniorliving.com <cathy@glencoveseniorliving.com>
**Sent:** Monday, April 25, 2022 10:24 AM
**To:** 'Rasheed Rabata' <rasheed.rabata@capellasolutions.com>; 'Ameed Al Kildani' <ameed@capella.io>
**Cc:** jason calsonmanagement.com <jason@calsonmanagement.com>; 'Osama Momani' <momani@capella.io>;

'Ibraheem Shoukair' <shoukair@capella.io>; 'Hana Abdullah' <hana@capella.io>
**Subject:** Ignite

Hi there

Ignite is not working

Please advise

## Cathy Villarreal
Director of Resident Development



**T** (707)653-4728 Office * **F** (707)561-0927
**E** cathy@glencoveseniorliving.com
**A** 140 Glen Cove Marina Rd. – Vallejo, CA.  94591
Independent Living, Assisted Living and Memory Care
License # 486803921

Follow us on Social Media  

For a virtual tour, please visit us at The Lodge at Glen Cove - Virtual Tour

# ATTACHMENT 6

**Julianna Bramwell**

| | |
|---|---|
| **From:** | jason calsonmanagement.com <jason@calsonmanagement.com> |
| **Sent:** | Thursday, July 21, 2022 3:08 PM |
| **To:** | Brandon Kline |
| **Subject:** | FW: New payment request from Capella Solutions - invoice 10489 |

**From:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>
**Sent:** Thursday, April 28, 2022 7:14 AM
**To:** jason calsonmanagement.com <jason@calsonmanagement.com>
**Subject:** Re: New payment request from Capella Solutions - invoice 10489

Yes, its due end of the month – we should have that functionality by then along with the rest of the stuff.

**From:** "jason calsonmanagement.com" <jason@calsonmanagement.com>
**Date:** Thursday, April 28, 2022 at 9:10 AM
**To:** Rasheed Rabata <rasheed.rabata@capellasolutions.com>
**Subject:** Fwd: New payment request from Capella Solutions - invoice 10489

We need the functions we discussed working properly along with all the data before we pay this.

The historical functions were supposed to be implemented last year.

-Jason

Begin forwarded message:

**From:** Capella Solutions <quickbooks@notification.intuit.com>
**Date:** April 28, 2022 at 5:11:33 AM PDT
**To:** jason@mycornerstoneliving.com
**Subject: New payment request from Capella Solutions - invoice 10489**
**Reply-To:** rasheed@capella.io

INVOICE 10489



## Capella Solutions

**DUE 05/28/2022**

1

# $22,234.50

**Review and pay**

Powered by QuickBooks

Dear Jason Reyes,

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
Capella Solutions

---

Capella Solutions

13802 Rivendell Crest Ln CYPRESS, TX 77429 US

+1 2817873777

[rasheed@capella.io](mailto:rasheed@capella.io)

[https://www.capellasolutions.com](https://www.capellasolutions.com)

---

If you receive an email that seems fraudulent, please check with the business owner before paying.



© Intuit, Inc. All rights reserved.

Privacy | Security | Terms of Service

- 
- 

2

# ATTACHMENT 7

**Julianna Bramwell**

| | |
|---|---|
| **From:** | jason calsonmanagement.com <jason@calsonmanagement.com> |
| **Sent:** | Thursday, July 21, 2022 3:27 PM |
| **To:** | Brandon Kline |
| **Subject:** | FW: Invoice - Email subject |

**From:** Capella Solutions <quickbooks@notification.intuit.com>
**Sent:** Thursday, July 21, 2022 3:10 PM
**To:** jason@mycornerstoneliving.com
**Subject:** Invoice - Email subject

INVOICE 10489



# Capella Solutions

### DUE 05/28/2022

# $22,234.50

**Review and pay**

Powered by QuickBooks

## Email message

Capella Solutions

13802 Rivendell Crest Ln CYPRESS, TX 77429

+1 2817873777

[rasheed@capella.io](mailto:rasheed@capella.io)

If you receive an email that seems fraudulent, please check with the business owner before paying.

© Intuit, Inc. All rights reserved.

Privacy | Security | Terms of Service