ARTHUR GAUS (CA SBN 289560)
JULIANNA BRAMWELL (CA SBN 339794)
**KAUFMAN DOLOWICH & VOLUCK, LLP**
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
E-mail: agaus@kdvlaw.com,  jbramwell@kdvlaw.com

BRANDON ALEXANDER KLINE
GENERAL COUNSEL OF CALSON MANAGEMENT
2020 Fifth Street
P.O. Box 4427
Davis, CA 95617
Telephone:  (530) 564-6454
Facsimile: (530) 231-0140
Email: generalcounsel@calsonmanagement.com

Attorneys for Plaintiff
CALSON MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTCT OF CALIFORNIA

| | |
|---|---|
| CALSON MANAGEMENT, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPELLA SOLUTIONS, LLC, A TEXAS LIMITED LIABILITY COMPANY; AND RASHEED MOHAMMED KHAIR RABATA, AN INDIVIDUAL.<br><br>        Defendant. | Case No. 2:22-cv-01334-WBS-CKD<br><br>**ORDER GRANTING PLAINTIFF CALSON MANAGEMENT'S TEMPORARY RESTRAINING ORDER.**<br><br>Date: August 1, 2022<br>Time:10:30 AM<br>Judge: |

The above-entitled matter came on for hearing on August 1, 2022, at 10:30 a.m. in Courtroom 5 of the above-entitled Court, the Honorable William B. Shubb presiding. Appearances included: Arthur Gaus with Kaufman Dolowich & Voluck, LLP appearing on behalf of Plaintiff Calson Management and Landon Bailey as local counsel appearing for Defendant Cappella Solutions, LLC, and Defendant Rasheed Mohammed Khair Rabata.

Having read and considered Plaintiff's Application for Temporary Restraining Order, Complaint, affidavits, and all of the papers on file in this action, and having heard argument of counsel, and good cause appearing, the Court determines as follows:

## I.    THE TEMPORARY RESTRAINING ORDER IS GRANTED

Plaintiff Calson Management's Application for a Temporary Restraining Order is GRANTED pursuant to Federal Rule of Civil Procedure 65 and Capella Solution, LLC and all those acting on its behalf shall restore, within 24 hours of the issuance of this order, Calson Management full access to its end user information stored on Amazon Web Services by Capella Solutions.

## II.    ORDER TO SHOW CAUSE HEARING

IT IS FURTHER HEREBY ORDERED that Capella Solution shall appear before this court on the 12th day of September 2022, at 10 a.m., to show cause, if there is any, why this Court should not enter a preliminary injunction requiring it to permanently restore Calson Management full access to Calson Management's end user information stored on Amazon Web Services by Capella Solutions.

A motion for a preliminary injunction must be filed and personally served by Calson Management on Capella Solution's counsel no later than August 15, 2022. Any response or opposition to this motion must be filed and personally served by Capella Solutions on Calson Management's counsel no later than on September 6, 2022. Any reply to Capella Solution's opposition must be filed by Calson Management by September 7, 2022.

## III.    SECURITY

IT IS FURTHER ORDERED THAT pursuant to Federal Rule of Civil Procedure 65(c), Calson Management is required to post security in the amount of $50,000 by Friday, August 5, 2022.

## IV.    MOTION TO DISSOLVE

According to Federal Rule of Civil Procedure 65(b), on two (2) days' notice to Calson Management, Capella Solution may appear and move to dissolve or modify the order.

///

///

1

2     IT IS SO ORDERED

3   Dated:  August 2, 2022

4                              WILLIAM B. SHUBB

                                UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER