Mark S. Posard (SBN 208790)
mposard@grsm.com
David L. Jordan (SBN 203457)
djordan@grsm.com
Edward Romero (SBN 148495)
eromero@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825
Telephone:  (916) 565-2900
Facsimile:   (916) 920-4402

Attorneys for Defendants
CAPELLA SOLUTIONS, LLC, and
RASHEED MOHAMMED KHAIR RABATA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALSON MANAGEMENT, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPELLA SOLUTIONS, LLC, A TEXAS LIMITED LIABILITY COMPANY; AND RASHEED MOHAMMED KHAIR RABATA, AN INDIVIDUAL,<br><br>    Defendants. | Case No. 2:22-cv-01334-WBS-CKD<br><br>**STIPULATION AND ORDER PERMITTING**<br>**1.  AMENDMENT OF COMPLAINT TO ALLEGE CLAIM OF NEGLIGENCE AND**<br>**2.  CONTINUING CASE MANAGEMENT CONFERNCE**<br><br>Courtroom 5, 14th Floor<br>[The Honorable William B. Shubb]<br><br>Complaint filed: July 28, 2022 |

   Plaintiff Calson Management, LLC and defendants Capella Solutions, LLC and Rasheed Mohammed Khair Rabata, through their counsel, stipulate and agree that this Court may make and enter its order as follows:

-1-

## RECITALS

A. Plaintiff Calson Management, LLC ("Plaintiff") filed this action against defendants Capella Solutions, LLC and Rasheed Mohammed Khair Rabata (collectively, "Defendants") on July 28, 2022. The complaint alleges claims for breach of contract, unjust enrichment, tortious interference with contract and violation of California Business and Professions code section 17200. The complaint, however, does not allege a claim under a theory of negligence.

B. Defendants were served with summons and complaint on October 11, 2022 and the time to respond to the pleading is November 1, 2022.

C. On July 28, 2022, the Court entered a Status (Pretrial Scheduling) Conference Order (the "Order") which sets a conference hearing for November 21, 2022 at 1:30 p.m. in Courtroom 5. Pursuant to paragraph two of the Order, Plaintiffs and Defendants (collectively, the "Parties") are to file a Joint Status Report by November 7, 14 days before the conference hearing.

D. The Parties have met and conferred regarding the discovery plan in this action as required by paragraph one of the Order.

E. As part of the meet and confer process, Plaintiff has expressed its desire to amend the complaint to allege a claim for relief that is based on a theory of negligence.

F. The Parties are also engaging in efforts to resolve this action and believe resolution can be achieve with the continuance of the pending Case Management Conference and dates in the Order.

## STIPULATION

NOW THEREFORE, the Parties agree:

1. The Recitals above are incorporated into this stipulation and proposed order as if set forth herein.

///

-2-

Stipulation and Order Permitting Filing of Amended Complaint and Continuing Case Management Conference     Case No. 2:22-cv-01334-WBS-CKD

2. Subject to the approval by this Court, Defendants agree that Plaintiff may amend its complaint to (i) allege a claim that is based on a theory of negligence and (ii) new allegations in support of venue and personal jurisdiction. In so agreeing, Plaintiff acknowledges and understands that it will not amend the complaint to allege any other claim for relief. Nor may Plaintiff amend any other aspect of the complaint other than as permitted in this paragraph.

3. The Parties further agree that Defendants shall have the right to answer or otherwise respond to the amended complaint, including the right to challenge personal jurisdiction and venue. The Parties further agree that Defendants shall answer or respond to the amended complaint within 30 days after it is filed and served. The amended complaint shall be filed within 30 days of entry of this stipulation and order.

4. The Parties respectfully request that the November 21, 2022 Pretrial Scheduling Conference be continued to February 20, 2023 at 1:30 p.m. in Courtroom 5.

5. The Parties further request that they file a Joint Status Report at least 14 days before the February 20, 2023 Pretrial Scheduling Conference and that it contain the items set forth in paragraph two of the Order. All other conditions of the Order remain.

Dated: November 1, 2022       GORDON REES SCULLY
                              MANSUKHANI, LLP

                              By: */s/ Mark S. Posard*
                                  Mark S. Posard
                                  David L. Jordan
                                  Edward Romero
                                  Attorneys for Defendants
                                  CAPELLA SOLUTIONS, LLC,
                                  AND RASHEED MOHAMMED

-3-

KHAIR RABATA

Dated: November 1, 2022          KAUFMAN DOLOWICH & VOLUCK, LLP

By: */s/ Arthur Gaus*
    Arthur Gaus
    Julianna Bramwell
    Attorneys for Plaintiff
    Calson Management, LLC

# ORDER

Having reviewed the stipulation of plaintiff Carlson Management, LLC and defendants Capella Solutions, LLC and Rasheed Mohammed Khair Rabata (collectively, the "Parties") and good cause appearing, the Court makes and enters this order as follows:

1. Plaintiff may amend its complaint to allege (i) a claim for relief that is based on a theory of negligence and (ii) new allegations in support of venue and personal jurisdiction. Plaintiff may not amend the complaint to allege any other claim for relief. Nor may Plaintiff amend any other aspect of the complaint other than as permitted in this order.

2. Defendants Capella Solutions, LLC and Rasheed Mohammed Khair Rabata shall answer or otherwise respond to the amended complaint within 30 days after it is filed and served. If responding to the amended complaint, Defendants may challenge all aspects of the amended pleading. The amended complaint shall be filed within 30 days of entry of this stipulation and order.

3. The Pretrial Scheduling Conference scheduled for November 21, 2022 is continued to **February 27, 2023 at 1:30 p.m.** in Courtroom 5.

4. Plaintiff and Defendants shall file a Joint Status Report no later than **February 13, 2023**. The Joint Status Report will contain the items set forth in paragraph two of the July 28, 2022 Order re: Status (Pretrial Scheduling) Conference (the "Order"). All other conditions of the Order remain.

**IT IS SO ORDERED**

Dated: November 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-5-

Stipulation and Order Permitting Filing of Amended Complaint and Continuing Case Management Conference    Case No. 2:22-cv-01334-WBS-CKD