**KAUFMAN DOLOWICH & VOLUCK, LLP**
Arthur Gaus (SBN 289560)
Julianna M. Bramwell (SBN 339794)
425 California Street, Suite 2100
San Francisco, California  94104
Telephone:   (415) 926-7600
Facsimile:    (415) 926-7601
Email: agaus@kdvlaw.com
          jbramwell@kdvlaw.com

**GENERAL COUNSEL OF CALSON MANAGEMENT**
Brandon Alexander Kline (SBN 315431)
2020 Fifth S., P.O. Box 4427
Davis, California  95617
Telephone:   (530) 564-6454
Facsimile:    (530) 231-0140
Email:  generalcounsel@calsonmanagement.com

Attorneys for Plaintiff
CALSON MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALSON MANAGEMENT, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>CAPELLA SOLUTIONS, LLC, A TEXAS LIMITED LIABILITY COMPANY; and RASHEED MOHAMMED KHAIR RABATA, AN INDIVIDUAL,<br><br>          Defendants. | Case No.: 2:22-cv-01334-WBS-CKD<br><br>**STIPULATION AND ORDER CONTINUING TIME TO EXCHANGE INITIAL DISCLOSURES TO FEBRUARY 6, 2023**<br><br>Courtroom 5, 14th Floor<br>[The Honorable William B. Shubb]<br><br>Complaint filed:  July 28, 2022 |

-1-

Plaintiff Calson Management, LLC and defendants Capella Solutions, LLC and Rasheed Mohammed Khair Rabata, through their counsel, stipulate and agree that this Court may make and enter its order as follows:

## RECITALS

A.      Plaintiff Calson Management, LLC ("Plaintiff") filed this action against defendants Capella Solutions, LLC and Rasheed Mohammed Khair Rabata (collectively "Defendants") on July 28, 2022.  Plaintiff alleges claims for breach of contract, unjust enrichment, tortious interference with contract and violation of California Business and Professions Code § 17200.  Defendants were served with summons and complaint on October 11, 2022.

B.      On October 28, 2022, Plaintiff and Defendants filed a stipulation and [proposed] order (the "Proposed Order") which, if entered, would allow Plaintiff to amend its complaint to allege a claim for relief under a theory of negligence and assert new allegations in support of venue and personal jurisdiction.  The Proposed Order would also permit Defendants to respond to the amended pleading with thirty (30) days after service of the amended complaint.  The Proposed Order would also permit the scheduling conference in this action to be continued to February 27, 2023, at 1:30 P.M, with the Parties filing a joint status report by February 13, 2023.

C.      Plaintiff and Defendants (collectively, the "Parties") have met and conferred regarding the exchange of initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure.  As part of the meet and confer process, the Parties believe that coordinating the exchange of initial disclosures with the time to respond to the proposed amended complaint and proposed continued scheduling conference is warranted and appropriate.

## STIPULATION

NOW THEREFORE, the Parties agree:

1.      The Recitals above are incorporated into this stipulation and proposed

1   order as if set forth herein.

2        2.      Subject to the approval by this Court, the Parties respectfully request that

3   the time to exchange initial disclosures under Rule 26 of the Federal Rules of Civil

4   Procedure, be continued to February 6, 2023, three (3) weeks before the proposed

5   continued scheduling conference of February 27, 2023.

6

7

8   Dated:  November 4, 2022            KAUFMAN DOLOWICH & VOLUCK,
                                        LLP
9

10                                      By:   _/s/ Arthur Gaus_____
11                                            Arthur Gaus
                                              Julianna Bramwell
12                                            Attorneys for Plaintiff
                                              CALSON MANAGEMENT, LLC
13

14

15  Dated:  November 4, 2022            GORDON REES SCULLY
                                        MANSUKHANI, LLP
16

17                                      By:   _/s/ Mark S. Posard_____
18                                            Mark S. Posard
                                              David L. Jordan
19                                            Edward Romero
20                                            Attorneys for Defendants
                                              CAPELLA SOLUTIONS, LLC,
21                                            AND RASHEED MOHAMMED
22                                            KHAIR RABATA

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING DATE FOR INITIAL DISCLOSURES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Having reviewed the stipulation of plaintiff Carlson Management, LLC and defendants Capella Solutions, LLC and Rasheed Mohammed Khair Rabata (collectively, the "Parties") and good cause appearing, the Court makes and enters this order as follows:

1.     Plaintiff and Defendants shall exchange their respective initial disclosures under Rule 26 of the Federal Rules of Civil Procedure by February 6, 2023.

**IT IS SO ORDERED**

Dated:  November 4, 2022

_____

WILLIAM B. SHUBB

UNITED STATES DISTRICT JUDGE

4860-2757-8685, v. 1