**KAUFMAN DOLOWICH & VOLUCK, LLP**
Arthur Gaus (SBN 289560)
Regan M. Heslop (SBN 346293)
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
Email: agaus@kdvlaw.com
       jbramwell@kdvlaw.com

Attorneys for Plaintiff
CALSON MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALSON MANAGEMENT, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>CAPELLA SOLUTIONS, LLC, A TEXAS LIMITED LIABILITY COMPANY; AND RASHEED MOHAMMED KHAIR RABATA, AN INDIVIDUAL,<br><br>  Defendants. | Case No. 2:22-cv-01334-WBS-CKD<br><br>**NOTICE OF SETTLEMENT AND ORDER EXTENDING TIME TO COMPLETE SETTLEMENT AND FILING OF DISMISSAL**<br><br>[The Honorable William B. Shubb]<br><br>Complaint filed: July 28, 2022 |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that in accordance with Civil Local Rule 160, Plaintiff Calson Management, LLC and Capella Solutions, LLC and Rasheed Mohammed Khair Rabata, (collectively ("Defendants")) in this action have reached a confidential settlement of this action (the "Settlement"). The Settlement is being prepared by counsel for Plaintiff and Defendants (the "Parties").

-1-
NOTICE OF SETTLEMENT                                Case No. 2:22-cv-01334-WBS-CKD

In accordance with Civil Local Rule 160(b), the Parties request 45 days from the date the Settlement becomes effective to complete the Settlement and the filing of the dismissal, with prejudice, of this action. Good Cause exists to extend the 21 days specified in Rule 160(a) to 45 days. The Settlement will not become effective for 21 days from the date the written agreement is signed by the last party to it with additional terms that delay the filing of the dismissal, with prejudice, for at least 20 further days.

Dated: August 23, 2023   KAUFMAN DOLOWICH & VOLUCK, LLP

By: /s/ Arthur Gaus
Arthur Gaus
Regan Heslop
Attorneys for Plaintiff
Calson Management, LLC

Dated: August 23, 2023   GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Mark Posard
Mark S. Posard
David L. Jordan
Edward Romero
Attorneys for Defendants
CAPELLA SOLUTIONS, LLC, AND RASHEED MOHAMMED KHAIR RABATA

# ORDER

Good cause appearing, Plaintiff Calson Management, LLC shall have 45 days from the date Settlement becomes effective to file and serve its dismissal, with prejudice of this action. All dates shall remain unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated:  August 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE